2007 SEP 14 PM 3:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07- **07-00947** |
| Plaintiff, ) | <u>I N D I C T M E N T</u> |
| v. ) | [18 U.S.C. § 1001: False Statement] |
| ROMONA CUSHENBERRY, ) aka "ROMONA STEPHENS," ) | |
| Defendant. ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1001]

On or about September 26, 2005, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the Department of Housing and Urban Development of the United States, defendant ROMONA CUSHENBERRY, aka "ROMONA STEPHENS," knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, in that defendant declared under penalty of perjury in a signed document required to obtain federal low-income housing benefits under the

CHM:chm

Section 8 Housing Choice Voucher Program that she had not worked in the past 12 months when, in truth and as defendant knew, she had worked for the United States Department of Homeland Security during that time.

COUNT TWO

[18 U.S.C. § 1001]

On or about February 2, 2005, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the Department of Housing and Urban Development of the United States, defendant ROMONA CUSHENBERRY, aka "ROMONA STEPHENS," knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, in that defendant declared in a signed document required to obtain federal low-income housing benefits under the Section 8 Housing Choice Voucher Program that her income was limited to $442 per month when, in truth and as defendant knew, she received other income from her employment with the United States Department of Homeland Security that she failed to list.

## COUNT THREE

[18 U.S.C. § 1001]

On or about March 26, 2004, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the Department of Housing and Urban Development of the United States, defendant ROMONA CUSHENBERRY, aka "ROMONA STEPHENS," knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, in that defendant declared under penalty of perjury in a signed document required to obtain federal low-income housing benefits under the Section 8 Housing Choice Voucher Program that she did not receive disability benefits when, in truth and as defendant knew, she was receiving disability benefits in connection with her employment with the United States Department of Homeland Security at that time.

COUNT FOUR

[18 U.S.C. § 1001]

On or about March 26, 2004, in Los Angeles County, within the Central District of California, in a matter within the jurisdiction of the Department of Housing and Urban Development of the United States, defendant ROMONA CUSHENBERRY, aka "ROMONA STEPHENS," knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation, in that defendant declared in a signed document required to obtain federal low-income housing benefits under the Section 8 Housing Choice Voucher Program that her income was limited to $671 per month when, in truth and as defendant knew, she received other income from her employment with the United States Department of Homeland Security that she failed to list.

A TRUE BILL

/S/
Foreperson

GEORGE S. CARDONA
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division


CRAIG H. MISSAKIAN
Assistant United States Attorney
Public Integrity & Environmental Crimes Section